UNITED STATES BANKRUPTCY COURT

District of Pennsylvania (Eastern)

August 9, 2018

In Re:                                                          Case Number: 15-12296

Debtor(s):     Toni Herfel

**Withdraw of Notice**

This shall serve as notice to the court that creditor Ditech Financial LLC wishes to withdraw Notice of Payment Change that was filed on 8/7/2018 on behalf of Ditech Financial LLC.

/s/ Ta'Tisha Marie Ducre'
Ta'Tisha Marie Ducre'
Bankruptyc Specialist
Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709
Phone: 1-888-298-7785
Fax: 1-866-259-1471
Email: poc.team@ditech.com