## UNITED STATES BANKRUPTCY COURT
Eastern District Of Pennsylvania

**IN RE:** TONI HERFEL                                          **CASE NO:** 1512296

### NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS

Wells Fargo Bank, N.A., *as Servicer,* hereby gives notice that all presently held or future payments to the creditor for the Court claim number(s) 5 from the Chapter 13 Trustee should be sent to the following address:

**OLD Payments Address:**                          **NEW Payments Address:**
Wells Fargo Financial National Bank                Wells Fargo Bank, N.A.
P.O. Box 660431                                    PO Box 14487
Dallas, TX 75266-0431                              Des Moines, IA 50309

/s/   Trang V Truong
Trang V Truong
**Wells Fargo Bank, N.A.**
MAC F8235-02F
PO Box 10438
Des Moines, IA 50306-0438
Telephone: 1-877-455-9946
Email address: wffbankruptcy@wellsfargo.com

BKCOADDR (12/2018)