United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Toni Herfel  
     Debtor

Case No. 15-12296-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Antoinett   Page 1 of 1   Date Rcvd: Feb 07, 2020  
                             Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14187585       E-mail/Text: bankruptcy.bnc@ditech.com Feb 08 2020 03:04:50  
        DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL,   DITECH FINANCIAL LLC,   P.O. BOX 6154,  
        RAPID CITY SD 57709-6154  
                                                                                                      TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:  
        HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com  
        JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC  
         paeb@fedphe.com  
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing  
         LLC paeb@fedphe.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
        MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC  
         paeb@fedphe.com  
        THOMAS W. FLECKENSTEIN    on behalf of Debtor Toni  Herfel tom@fleckensteinpalaw.com  
        TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                        TOTAL: 9

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-12296-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Toni Herfel
1869 Ironbridge Road
Columbia PA 17512

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/06/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL, DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY SD 57709-6154 | New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  02/09/20

Tim McGrath
**CLERK OF THE COURT**